■ ELIAHU LIPKIS, Appellant, v GINA GILMOUR, Respondent. [633 NYS2d 957] —Order of the Appellate Term of the Supreme Court, First Judicial Department (Parness, J. P., Miller, and McCooe, JJ.), entered on or about January 12, 1994, which reversed an order of the Civil Court, New York County (Pierre Turner, J.), entered on or about August 7, 1992, unanimously affirmed for the reasons stated by the Appellate Term, without costs and disbursements, No opinion. Concur—Rosenberger, J. P., Kupferman, Asch and Mazzarelli, JJ. *[See,* 160 Misc 2d 50.]